UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MICHELE JONES, et al.,                          :
                                                :
                Plaintiffs,                     :     **ORDER ADOPTING**
                                                :     **REPORT AND**
        -against-                               :     **RECOMMENDATION**
                                                :
JONG P. CHOI, et al.,                           :     02-CV-4003 (DLI) (CLP)
                                                :
                Defendants.                     :
-------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

   It appearing that no objections have been filed to the Report and Recommendation of the Honorable Cheryl L. Pollack, U.S.M.J., dated December 23, 2005; and

   Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

   ORDERED that a default judgment is entered against third-party defendant CD & M LLC.

   ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties.


DATED:     Brooklyn, New York
           February 28, 2006

                                            _____/s/_____
                                                     DORA L. IRIZARRY
                                                  United States District Judge